IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Benjamin A. West,<br><br>           Plaintiff,<br><br>vs.<br><br>Dora Schriro, et al.,<br><br>           Defendants. | No. CV-07-0009-PHX-FJM<br><br>**ORDER** |

The court has before it petitioner's petition for writ of habeas corpus (doc. 1), respondent's answer (doc. 11), and the report and recommendation of the United States Magistrate Judge (doc. 13), which recommends denying the petition. The report and recommendation has been available since September 13, 2007. On October 16, 2007, we granted petitioner an extension of time to file objections, expressly stating that no other extensions would be granted (doc. 15). Petitioner subsequently moved for a second extension of time, which we denied on December 6, 2007 (doc. 17). Therefore, petitioner has failed to file objections, and the time for filing them has expired. Accordingly, we adopt the Magistrate Judge's recommendation in full. See United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (construing 28 U.S.C. § 636(b)(1)(C)).

For the foregoing reasons, **IT IS ORDERED DENYING** petitioner's petition for writ of habeas corpus (doc. 1).

DATED this 17th day of December, 2007.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge